UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>J. HICKMAN, et al.,<br><br>Defendants. | No. 2:23-cv-01423 DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

2. Plaintiff is granted ninety days from the date of this order in which to file one of the following:

An amended complaint; a notice of election to stand on the complaint as filed; or a notice of voluntary dismissal.

Dated: May 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
robe1423.36amc