UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>J. HICKMAN, et al.,<br><br>Defendants. | No. 2:23-cv-01423 SCR P<br><br><br>ORDER AND<br><br>FINDINGS & RECOMMENDATIONS |

By order filed April 3, 2024, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 11.) On May 23, 2024, plaintiff was granted an additional 90 days in which to file an amended complaint. The time granted has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that the Clerk of the Court shall assign a district judge to this case.

In addition, IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 23, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE