UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CLARENCE LONNELL ROBERSON, | No. 2:23-cv-01423-WBS-SCR |
| Plaintiff, | |
| v. | ORDER |
| J. HICKMAN, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2024, United States Magistrate Judge Deborah Barnes found that plaintiff's complaint failed to state a claim but granted leave to file an amended complaint within thirty days. (Docket No. 11.) Plaintiff did not file an amended complaint even though he requested and was granted a ninety-day extension to do so. (See Docket Nos. 14, 15.) On September 23,

1

1   2024, United States Magistrate Judge Sean C. Riordan filed
2   findings and recommendations herein which were served on
3   plaintiff and which contained notice that any objections to the
4   findings and recommendations were to be filed within 21 days.
5   (Docket No. 17.)  The Magistrate Judge recommended that this case
6   be dismissed under Local Rule 110 and Federal Rule of Civil
7   Procedure 41(b), which refer to dismissals for failure to
8   prosecute or failure to comply with court rules or a court order.
9   Plaintiff has not filed objections to the findings and
10  recommendations.
11          The court has reviewed the file and agrees that the
12  case should be dismissed, albeit on different grounds than those
13  relied on by the Magistrate Judge in the September 23, 2024
14  findings and recommendations.  As found by the Magistrate Judge
15  in the April 3, 2024 order, plaintiff's complaint "alleges only
16  one or at most, two vague sentences regarding any individual
17  defendant's conduct," and thus "[t]he complaint does not contain
18  sufficient factual allegations to state a plausible claim under
19  42 U.S.C. § 1983 against any defendant."  (Docket No. 11 at 3.)
20  The court construes plaintiff's failure to file an amended
21  complaint, after being given 120 days to do so, as an indication
22  that plaintiff cannot or does not wish to file an amended
23  complaint with sufficient factual allegations to state a claim
24  against any defendant.  The court will therefore dismiss this
25  action on that basis.
26          Accordingly, IT IS HEREBY ORDERED as follows:
27      1.  The findings and recommendations (Docket No. 17) are
28  adopted to the extent they are not inconsistent with this Order;

2.  This action is dismissed for failure to state a claim upon which relief may be granted.

3.  The Clerk of the Court is directed to close this case.

Dated:  November 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE